HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
STEVEN SEAN SILLER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN SEAN SILLER, JR., <br><br> Defendant. | Case No. 2:23-cr-00260-WBS <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: November 13, 2023 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Steven Sean Siller, Jr., that the status conference scheduled for October 30, 2023, at 9:00 a.m., be continued to November 13, 2023, at 9:00 a.m.

Defense counsel requests additional time to review discovery and conduct investigation in this case. The parties anticipate an initial plea offer from the government prior to the next status conference, and will require additional time to review the offer with the defendant and respond to the government. The parties believe a continuance to November 13, 2023, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and finalize any further pre-plea negotiations.

Stipulation and Order                    -1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including November 13, 2023; pursuant to 18 U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 26, 2023        Respectfully submitted,

                               HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Douglas J. Beevers*
                               DOUGLAS J. BEEVERS
                               Assistant Federal Defender
                               Attorney for MALEEK CARTER-REA


DATED: October 26, 2023        PHILLIP A. TALBERT
                               United States Attorney

                               */s/ Jason Hitt*
                               JASON HITT
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for October 30, 2023, at 9:00 a.m. is continued to **November 13, 2023, at 9:00 a.m.**  The time period through November 13, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE