HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
STEVEN SEAN SILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00260-TLN-1 |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |
| vs. | |
| STEVEN SEAN SILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Steven Sean Siller Request that the Court grant an extension of the briefing schedule as follows:

Defendant's Supplemental Brief Due:         March 1, 2026

Government's Response Due:                      March 31, 2026

Defense Reply Due:                                     April 30, 2026

Defense counsel intends to file a supplemental brief but has not received medical and other records from the Bureau of Prisons which are needed to support the claim.  The parties agree that a longer briefing schedule is necessary to enable the parties and the Court to evaluate

-1-

the medical claims.  Defendant's release date from BOP is January 12, 2032. AUSA Jason Hitt does not object to the extension.

Respectfully submitted,

Dated: January 23, 2026                    HEATHER E. WILLIAMS

Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for STEVEN SEAN SILLER

Dated: January 23, 2026                    ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

-2-

**O R D E R**

The briefing schedule proposed in this stipulation is adopted. The Defense Supplemental Brief is Due **March 2, 2026**.  The Government's Response is due **March 31, 2026**.  The Defense Reply is due **April 30, 2026.**


IT IS SO ORDERED.

Dated: January 26, 2026

_____
Troy L. Nunley
Chief United States District Judge

-3-