ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00260-TLN |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| STEVEN SILLER, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On October 30, 2025, the defendant filed a motion for sentence reduction. Docket No. 42. On January 26, 2026, the Court granted the defendant's stipulation modifying the briefing schedule. Docket No. 48.

2. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's pending motion as follows:

   a) The defendant's supplemental brief to be filed on or before April 10, 2026;

   b) The government's response to the defendant's motion to be filed on or before May 11, 2026;

   c) The defendant's reply to the government's response to be filed on or before May 26, 2026.

STIPULATION RE BRIEFING SCHEDULE

1

IT IS SO STIPULATED.

Dated:  April 3, 2026                              ERIC GRANT
                                                   United States Attorney

                                                   /s/ JASON HITT
                                                   JASON HITT
                                                   Assistant United States Attorney


Dated:  April 3, 2026                              /s/ DOUGLAS BEEVERS
                                                   DOUGLAS BEEVERS
                                                   Counsel for Defendant
                                                   STEVEN SILLER, JR.

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)      The defendant's supplemental brief is due on or before April 10, 2026;

b)      The government's response to the defendant's motion, is due on or before May 11, 2026;

b)      The defendant's reply to the government's response, if any, is due on May 26, 2026.


IT IS SO FOUND AND ORDERED this 6th day of April, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION RE BRIEFING SCHEDULE                              2