HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
STEVEN SEAN SILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00260-TLN-1 |
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| STEVEN SEAN SILLER, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Request to Seal Defendant's Supplemental Memorandum in Support of Compassionate Release be granted so that this sensitive personal and health information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: April 24, 2026

_____
Troy L. Nunley
Chief United States District Judge

-1-