ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00260-TLN |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| STEVEN SILLER, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      On October 30, 2025, the defendant filed a motion for sentence reduction. Docket No. 42. On January 26, 2026, the Court granted the defendant's stipulation modifying the briefing schedule. Docket No. 48.

2.      Accordingly, by this stipulation, the parties jointly request that the Court reset the briefing schedule on the defendant's pending motion as follows:

    a)      The government's response to the defendant's motion to be filed on or before May 18, 2026;

    b)      The defendant's reply to the government's response to be filed on or before June 2, 2026.

IT IS SO STIPULATED.

Dated: May 12, 2026

ERIC GRANT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: May 12, 2026

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
STEVEN SILLER, JR.

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)      b)      The government's response to the defendant's motion, is due on or before May 18, 2026;

b)      The defendant's reply to the government's response, if any, is due on June 2, 2026.

IT IS SO FOUND AND ORDERED this 13th day of May, 2026

Troy L. Nunley
Chief United States District Judge

STIPULATION RE BRIEFING SCHEDULE

2